USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 0 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdulbaqi Abdullah Qasm Al Aswad,

    Plaintiff,

—v—

William Barr, *et al.*,

    Defendants.

20-cv-890 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Initial Conference in this matter, currently scheduled for March 13, 2020, is hereby adjourned *sine die*. The parties are ORDERED to meet and confer and submit a proposed schedule governing this action no later than March 17, 2020.

SO ORDERED.

Dated: March 10, 2020
    New York, New York

_____
ALISON J. NATHAN
United States District Judge