```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdulbaqi Abdullah Qasm Al Aswad,

                Plaintiff,

        –v–

William Barr, *et al.*,

                Defendants.

20-cv-890 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff in this action has filed a complaint for a writ of mandamus against the United States Citizenship and Immigration Services. Dkt. No. 1. However, despite being served, the Government has not yet appeared in this action. Plaintiff is thus directed to move for default judgment pursuant to the Undersigned's Individual Practices in Civil Cases no later than July 3, 2020.

SO ORDERED.

Dated: June 8, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge